EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 108 |
| Rosario M. Méndez Figueroa | 174 DPR _____ |

Número del Caso: TS-11452

Fecha: 19 de junio de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosario M. Méndez Figueroa          TS-11452

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de junio de 2008.

Examinada la moción titulada *"Moción Mostrando Causa y Solicitud de Reinstalación"*, presentada por Rosario M. Méndez Figueroa, se acoge su solicitud y se reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo